FILED
APR 25 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   4:19CR312 CDP/NCC |
| STEVEN V. STENGER, | ) ) |
| Defendant. | ) |

### GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Reginald Harris, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. Section 515, and Hal Goldsmith, Assistant United States Attorney for the Eastern District of Missouri, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

REGINALD HARRIS
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. Section 515

_____
HAL GOLDSMITH, #32984MO
Assistant United States Attorney