FILED

APR 2 5 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
     Plaintiff,                 )
                                )
v.                              )
                                )    **4:19CR312 CDP/NCC**
                                )
STEVEN V. STENGER,              )
                                )
     Defendant.                 )

## ORDER

It appearing to the Court that the following defendant, to wit,

**STEVEN V. STENGER,**

has been indicted by the grand jury, and that the defendant has not yet been taken into custody,

nor has the defendant yet given bail for the defendant's appearance to answer said indictment, it

is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the

Court until said defendant is in custody, has given bail for the defendant's final appearance or, in

accordance with local practice, the United States Attorney's Office has notified the Clerk's Office

that there is no longer a reason to seal said indictment.

_____
UNITED STATES DISTRICT JUDGE

Dated this 25th day of April, 2019.