

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

APR 2 9 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

---

HAL GOLDSMITH
Assistant United States Attorney

Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street, Rm. 20.333
St. Louis, MO 63102

Telephone: (314) 539-2200
Fax: (314) 539-2777

April 29, 2019

Mr. Gregory J. Linhares, Clerk
United States District Court
111 S. 10th Street
St. Louis, MO 63102

**Re:   United States v. Steven V. Stenger**

Mr. Linhares:

The indictment above returned by the United States Grand Jury in the above captioned case on April 25, 2019, was ordered suppressed pending the apprehension of the defendant named herein.

We are now informed that the indictment regarding the above defendant is no longer in need of being suppressed, therefore, the suppression of the indictment may be lifted. It is, therefore, directed that such be done.

Very truly yours,

REGINALD HARRIS
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. Section 515

HAL GOLDSMITH, #32984MO
Assistant United States Attorney