UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 4:19 CR 00312 CDP |
| ) | |
| STEVEN V. STENGER, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO FILE UNDER SEAL**

COMES NOW the United States of America, by and through Reginald Harris, Attorney for the United States, and Hal Goldsmith, Assistant United States Attorney for the Eastern District of Missouri, and hereby moves this Court to file its document under seal.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 */s/  Hal Goldsmith*
HAL GOLDSMITH, #32984MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    */s/ Hal Goldsmith*
HAL GOLDSMITH, #32984MO
Assistant United States Attorney