UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-cr-00312-CDP |
| STEVEN V. STENGER, | ) ) ) |
| Defendant. | ) |

**FIRST MOTION FOR LEAVE TO REQUEST AN ORDER TO AUTHORIZE THE CLERK OF THE COURT TO ACCEPT PAYMENT OF RESTITUTION PRIOR TO SENTECING**

COMES NOW Defendant, Steven Stenger, by and through counsel, and moves this Court for an order to authorize the Clerk of the Court to accept payment of restitution prior to sentencing. In support of this motion, Defendant states as follows.

1. Defendant intends to pay restitution in full prior to his August 9 sentencing.

2. To accept this payment, the District Court Clerk requires an order from this Court authorizing it to do so.

For the reason above, Defendant moves this Court for an order to authorize the Clerk of the Court to accept payment of restitution prior to sentencing.

Respectfully submitted,

By: /s/ *Adam D. Fein*
ADAM D. FEIN, #52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050
Email: afein@rsflawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Hal Goldsmith, Assistant United States Attorney.