UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:19-cr-312 CDP |
| | ) |
| STEVEN V. STENGER, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE DEFENDANT'S SENTENCING MEMORANDUM TWO DAYS OUT OF TIME**

COMES NOW Defendant, Steven Stenger, by and through counsel, and moves this Court for leave to file his sentencing memorandum two days out of time. In support of this motion, Defendant states as follows:

1. Defendant's sentencing memorandum was due on Friday, August 2, 2019.

2. Court appearances, jail visits, and two other ongoing projects slowed counsel's ability to complete and timely file Defendant's memorandum by August 2.

3. Defendant, through counsel has discussed this matter with Assistant United States Attorney, Hal Goldsmith. Mr. Goldsmith does not object to Defendant's request,

WHEREFORE, Defendant, through counsel, moves this Court for leave to file his sentencing memorandum two days out of time.

1

        Respectfully submitted,

By:   /s/ *Adam D. Fein*
ADAM D. FEIN, #52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050
Email: afein@rsflawfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Hal Goldsmith, Assistant United States Attorney.