UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19-cr-00312-CDP |
| | ) |
| STEVEN V. STENGER, | ) |
| | ) |
| Defendant. | ) |

**ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW Defendant, Steven Stenger, by and through counsel, and for his response to the Presentence Investigation Report, states as follows:

Defendant has no objections to the Presentence Investigation Report as submitted to the parties.

Respectfully submitted,

By:   /s/ *Adam D. Fein*_____
ADAM D. FEIN, #52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050
Email: afein@rsflawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Hal Goldsmith, Assistant United States Attorney.

Case: 4:19-cr-00312-CDP   Doc. #: 55   Filed: 08/08/19   Page: 2 of 2 PageID #: 329