UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 4:19 CR 00312 CDP |
| v. | ) | |
| STEVEN V. STENGER, | ) | |
| Defendant. | ) | |

## **NOTICE**

Comes now the United States of America, by and through Reginald Harris, Attorney for the United States, and Hal Goldsmith, Assistant United States Attorney for the Eastern District of Missouri, and notifies this Court that attached hereto as Exhibit 1 is a duly executed Notice by defendant Steven V. Stenger that defendant is foregoing any potential claim to a pension from St. Louis County, Missouri.

    Respectfully submitted,

    REGINALD HARRIS
    Attorney for the United States

    */s/Hal Goldsmith*
    HAL GOLDSMITH #32984MO
    Assistant United States Attorney
    111 S. 10th Street, Room 20.331
    St. Louis, Missouri 63102
    (314) 539-2200

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the defendant's counsel of record.

      */s/ Hal Goldsmith*
      HAL GOLDSMITH, #32984MO
      Assistant United States Attorney