# Exhibit 1

I, Steven V. Stenger, former County Councilmember and former County Executive, do hereby forfeit and waive any interest in and claim for any pension benefit to which I may have otherwise been entitled now and at any date in the future for services rendered in my previous employment with St. Louis County, Missouri.

My signature is an acknowledgement that I have read the above and that I, of my own volition, am making a knowing and voluntary waiver of any interest in and claim for my pension from my years as an elected official of St. Louis County. My signature also constitutes my understanding that this document will be submitted to St. Louis County, Missouri, retained by the Retirement Office, and will have the full force and effect of law of the forfeiture and waiver of any St. Louis County pension. I also intend that this document will be submitted to the United States District Court, Eastern District of Missouri, related to the case of *United States of America v. Steven V. Stenger*, No. 4-19-cr-00312-CDP, as evidence and effectuation of the intent to forfeit my pension that my attorney asserted on my behalf on August 9, 2019.

_____
Steven V. Stenger

Subscribed and sworn to before me this 26th day of August, 2019.

_____                    _____
(signed)                                                                           (Seal)

My commission expires: November 23, 2019

DEVIN DITTO
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 15543089
My Commission Expires 11-23-2019